## Commonwealth ex rel. Gooslin, Appellant, *v.* Myers.

Submitted March 23, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*George Gooslin,* appellant, in propria persona.

*Alfred Delduco,* District Attorney, for appellee.

OPINION PER CURIAM, April 21, 1964:
The order of the lower court in denying appellant's petition for a writ of habeas corpus is affirmed.